1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

ABBY HOLLAND,                    )      Case No.: CV 20-4640-DMG (MRWx)

11

Plaintiff,                       )    **ORDER RE DISMISSAL OF**
                                 )    **ACTION WITH PREJUDICE [23]**

12

vs.                              )

13

YES ONLINE INC. DBA              )

14                               )

DYNAMIC LEGAL RECEOVERY          )

15

and DOES 1-10 inclusive          )

16                               )

Defendants.                      )

17                               )

18                               )
                                 )

19                               )

20

21      IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties,

22 the above-captioned action is dismissed in its entirety with prejudice pursuant to

23 Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own

24 costs and attorneys' fees.

25

26 DATED: January 19, 2021

27                        DOLLY M. GEE
                       UNITED STATES DISTRICT JUDGE

28